```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 26170
   CYNTHIA A SNEED
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4203

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/14/2004 and was confirmed 11/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/14/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
HOUSEHOLD FINANCIAL SERV CURRENT MORTG          .00            .00            .00
HOUSEHOLD FINANCIAL SERV MORTGAGE ARRE     10285.85            .00        5926.40
KEY BANK USA             CURRENT MORTG          .00            .00            .00
KEY BANK USA             SECURED NOT I         .00            .00            .00
COOK COUNTY TREASURER    SECURED            402.13          46.00         402.13
DANIEL M MOULTON         DEBTOR ATTY      1,700.00                      1,500.00
TOM VAUGHN               TRUSTEE                                          425.47
DEBTOR REFUND            REFUND                                         1,050.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             9,350.00

PRIORITY                                        .00
SECURED                                    6,328.53
    INTEREST                                  46.00
UNSECURED                                       .00
ADMINISTRATIVE                             1,500.00
TRUSTEE COMPENSATION                         425.47
DEBTOR REFUND                              1,050.00
                   --------------       --------------
TOTALS              9,350.00               9,350.00




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 26170 CYNTHIA A SNEED
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE